UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-7369 FMO (PJWx) | Date | April 18, 2016 |
|---|---|---|---|
| Title | Patient One v. UnitedHealth Group, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):      Attorney Present for Defendant(s):

None Present      None Present

**Proceedings:**      (In Chambers) Order Re: Sanctions for Failure to Comply with Court Order

     Pursuant to the Court's Order of December 14, 2015, regarding further proceedings, the parties' memorandum of contentions of fact and law, witness lists, witness declarations and deposition designations, pretrial exhibit stipulation, and joint motions in limine were due on April 8, 2016. (See Dkt. 91, Court's Order of December 14, 2015, at 6). The parties' proposed final pretrial conference order, proposed findings of fact and conclusions of law, objections to witness declarations and deposition designations, and opening statements were due on April 15, 2016. (See id. at 7). As of the filing date of this Order, the parties have not filed any of the documents required by the Court's Order of December 14, 2015.

     Accordingly, IT IS ORDERED that the parties and their counsel shall appear before the court on **Thursday, April 21, 2016**, at **10:00 a.m.** in Courtroom 22 of the Spring Street courthouse and **show cause why sanctions should not be imposed against the parties and/or their counsel for failure to comply with the Court's Order of December 14, 2015. The filing of a Notice of Settlement shall be considered a satisfactory response to the Order to Show Cause**.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | jloz |